**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6264**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

JAMES KANE,

    Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.   Martin K. Reidinger, District Judge.   (2:08-cr-00024-MR-DLH-1; 1:16-cv-00146-MR)

Submitted:  December 14, 2017      Decided:  December 19, 2017

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joshua B. Carpenter, FEDERAL DEFENDERS OF WESTERN NORTH CAROLINA, INC., Asheville, North Carolina, for Appellant. Anthony Joseph Enright, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Kane appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion, filed pursuant to authorization from this court. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and deny Kane's motion to accelerate the processing of the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*